**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Case No.: 25−34148 − KAC
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Choua Stephanie Chang
aka Choua Vang Chang

324 Topping Street
Saint Paul, MN 55117

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−0904

---

## NOTICE TO FILE CLAIMS

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, payment of a dividend appears possible in this case. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 11/2/2026, or, for governmental units, within 180 days from the date of the Order for Relief or 11/2/2026, whichever is later.

A Proof of Claim form ("Official Form B410") can be obtained from the United States Courts' website https://www.uscourts.gov. Form B410 may be filed by regular mail or electronically on the Minnesota Bankruptcy Court's website https://www.mnb.uscourts.gov.

There is no fee for filing the proof of claim.

Dated: 7/31/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy United States Courthouse
300 Sourth Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

mnbflclm 4/26

United States Bankruptcy Court

District of Minnesota

In re: Case No. 25-34148-KAC

Choua Stephanie Chang Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3 User: admin Page 1 of 3

Date Rcvd: Jul 31, 2026 Form ID: mnbflclm Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choua Stephanie Chang, 324 Topping Street, Saint Paul, MN 55117-5225 |
| 63557642 | + | American Family Insurance, c/o Alyssa Leigh Johnson, 220 S 6th St #2050, Minneapolis MN 55402-4518 |
| 63557645 | + | Caroline M Chang, 1741 Bainbridge St., La Crosse WI 54603-1462 |
| 63557656 | + | Givers of Dreams, 1930 Burns Ave, #201, Saint Paul MN 55119-4966 |
| 63557659 | + | Healtheast Care System, 219 N Benton Dr PO Box 570, Sauk Rapids MN 56379-0570 |
| 63557664 | + | LVNV Funding LLC, 2860 Patton Rd, Saint Paul MN 55113-1100 |
| 63557663 | + | LVNV Funding LLC, c/o Brad Welp, 2860 Patton Rd, Saint Paul MN 55113-1100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63557641 | + | EDI: GMACFS.COM | Aug 01 2026 01:56:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington IL 55438-0901 |
| 63557647 | ^ | MEBN | Jul 31 2026 21:56:19 | CBA, Attn: Bankruptcy, Po Box 5013, Hayward CA 94540-5013 |
| 63557643 | + | EDI: CAPITALONE.COM | Aug 01 2026 01:56:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63557651 | + | EDI: CCS.COM | Aug 01 2026 01:56:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood MA 02062-2679 |
| 63557652 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2026 22:00:23 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 63557654 | + | EDI: PHINGENESIS | Aug 01 2026 01:56:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 63557657 | + | Email/Text: bankruptcy@gurstel.com | Jul 31 2026 22:01:00 | Gurstel Law Firm, Consumer Credit Contract, 6681 COUNTRY CLUB DRIVE, Minneapolis MN 55427-4601 |
| 63557658 | + | Email/Text: contact@riverview-law.com | Jul 31 2026 22:01:00 | Healtheast Care System, c/o Christina Sandy, 219 N Benton Dr PO Box 570, Sauk Rapids MN 56379-0570 |
| 63557660 | + | EDI: LCIICSYSTEM | Aug 01 2026 01:56:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul MN 55127-2557 |
| 63557661 | | EDI: IRS.COM | Aug 01 2026 01:56:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 63557662 | + | Email/Text: RCG_ComplianceDept@assurant.com | Jul 31 2026 22:01:00 | Iq Data International, Attn: Bankruptcy, Po Box 340, Bothell WA 98041-0340 |
| 63557665 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 22:00:31 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 63557666 | + | EDI: MINNDEPREV.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 01 2026 01:56:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 63557667 | + | Email/Text: bankruptcy@sw-credit.com | Jul 31 2026 22:02:00 | SWC Group, 4120 International Parkway #100, Carrollton TX 75007-1957 |
| 63557668 | + | EDI: SYNC | Aug 01 2026 01:56:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63557669 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 31 2026 22:01:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe AZ 85285-2171 |
| 63557670 | + | Email/Text: EDBKNotices@ecmc.org | Jul 31 2026 22:01:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul MN 55116-0408 |
| 63557672 | | Email/Text: bankruptcies@uplift.com | Jul 31 2026 22:01:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale CA 94085 |
| 63557673 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Jul 31 2026 22:01:00 | Xcel Energy, Attn: Bankruptcy Dept, PO Box 9477, Minneapolis MN 55484 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63557649 | | Consumer Creditor |
| 63557650 | | Consumer Creditor |
| 63557648 | | Consumer Creditor |
| 63557644 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63557646 | *+ | Caroline M Chang, 1741 Bainbridge St., La Crosse WI 54603-1462 |
| 63557653 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 63557655 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 63557671 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul MN 55116-0408 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Col M-H Ovik | on behalf of Debtor 1 Choua Stephanie Chang col@lifebacklaw.com<br>col@lifebacklaw.com;najami@lifebacklaw.com;Ovik.ColR72722@notify.bestcase.com |
| Nauni Jo Manty | ecf@mantylaw.com mn12@ecfcbis.com |

US Trustee
ustpregion12.mn.ecf@usdoj.gov

TOTAL: 3